1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY ABRUZZINI**,<br>    Plaintiff,<br>  v.<br>**SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT** and Does 1-10, Inclusive,<br>    Defendants. | Case No.: 4:14-CV-01226-VC<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

## **ORDER**

Having read the foregoing notice and finding good cause therefore, the Court hereby orders that the Scheduling Conference currently scheduled for October 21, 2014 be continued to December 2, 2014, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 15, 2014            _____
                                    United States District Court Judge

Stipulation to Continue Scheduling Conference    -1-            4:14-CV-01226-VC