CENTER FOR DISABILITY ACCESS
Mark Potter, Esq. (166317)
Phyl Grace, Esq. (171771)
P. O. Box 262490
San Dan Diego, CA 92196-2490
858-375-7385
F: 888-422-5191

Attorneys for Plaintiff AMY ABRUZZINI


JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320


Attorneys for defendant SAN RAMON VALLEY
UNIFIED SCHOOL DISTRICT

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ABRUZZINI, | CASE NO.: 4:14-cv-01226-VC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; and DOES 1 to 10, inclusive, | **Fed. R. Civ. P. 41** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1). Each party is to bear their

///

///

own attorney's fees and costs.

DATED: November 26, 2014          CENTER FOR DISABILITY ACCESS

/s/_____
Phyl Grace, Esq.
Attorney for Plaintiff AMY ABRUZZINI

DATED: November __, 2014          EDRINGTON, SCHIRMER & MURPHY LLP

/s/_____
James M. Marzan
Attorney for Defendant SAN RAMON
VALLEY UNIFIED SCHOOL DISTRICT

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT is hereby DISMISSED from this action WITH PREJUDICE. Each party shall bear their own attorneys' fees and costs.

Dated: November 26, 2014          By: _____
Honorable Vince Chhabria
United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

I, James M. Marzan, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of November, 2014, at Pleasant Hill, California

/s/_____
James M. Marzan, Esq.

2
Stipulation of Dismissal and Proposed Order Thereon    4:14:cv-01226-VC